# United States District Court
## Southern District of Georgia

DEMETRIUS JOHN ERVIN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-47
CR412-232

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this court's order entered April 28, 2017, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the Petitioner's 28 U.S.C. § 2255 petition. This case stands closed.



4/28/17
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk